IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUSTIN HASKINS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03cv524 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| DOUGLAS COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 29, the "Motion to Reopen Case" filed by the plaintiff, Austin Haskins. The plaintiff moves to reopen the judgment entered in this action on January 28, 2005. However, this case is closed; the time for appeal has expired, and there is no legal basis for reopening the judgment. Accordingly, filing no. 29 is denied. However, the dismissal of this case was without prejudice, and the plaintiff is free to pursue his rights in a federal or state district court after exhausting his available administrative remedies.

SO ORDERED.

DATED this 27th day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge